UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| JAIME SIGUENZA, on behalf of himself and others similarly situated,<br><br>      *Plaintiff,*<br><br>    v.<br><br>MONDO A2B, LLC. d/b/a MONDO A2B. and NICHOLAS REIMONDO, individually<br><br>      *Defendants.* | CASE NO.: 2:24-CV-06889<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO FIRST, SECOND, THIRD, AND FOURTH CAUSES OF ACTION OF PLAINTIFF'S COMPLAINT** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jaime Siguenza ("Plaintiff") and Defendants Mondo A2B, LLC. d/b/a Mondo A2B. and Nicholas Reimondo ("Defendants") hereby stipulate to the dismissal without prejudice as to the First Cause of Action, Second Cause of Action, Third Cause of Action and Fourth Cause Of Action asserted by Plaintiff against Defendants in the Complaint filed in this action (ECF No. 1), with each Party to bear its own costs and attorneys' fees.

By: *Jacob Aronauer*
   _____
   Jacob Aronauer
   The Law Offices Of Jacob Aronauer
     250 Broadway, Suite 600
   New York, New York 10007
   Telephone: 212-323-6980
   Email: jaronauer@aronauerlaw.com

*Attorneys for Plaintiff*

Dated:
  ____09/09/2024_____

By: _____
   Daniel S. Braverman
   Braverman, PLLC
   19 West 44th, Suite 1500
   New York, NY 10119
   Telephone: 212-233-2910
   Email: dbraverman@bravelaw.com

*Attorneys for Defendants*

Dated:   **09/13/24**

SO ORDERED.
_____
Hon. Susan D. Wigenton
United States District Judge
Dated: October 16, 2024

-9-